UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BARBARA L. DIRKSE,

    Plaintiff,

Case No.  1:16-CV-205

v.

HON. PAUL L. MALONEY

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant,
_____/

## JUDGMENT

In accordance with the Opinion entered this date:

**IT IS HEREBY ORDERED** that the Commissioner's decision is **AFFIRMED**.


Dated:  November 29, 2016       /s/ Paul L. Maloney
                                                             PAUL L. MALONEY
                                                             UNITED STATES DISTRICT JUDGE